UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) 1:11-cr-21-01 SEB |
| WILLIAM GUYTON, | ) |
| Defendant. | ) |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## AMENDED REPORT AND RECOMMENDATION

The Court, having reviewed the Magistrate Judge's Amended Report and Recommendation filed at Docket No. 62 and being duly advised in the premises, now adopts said report and recommendation as the findings and rulings of this Court. Accordingly, the Court now modifies the conditions of Defendant's supervised release and orders Defendant to reside for up to 120 days at the Volunteers of America in Indianapolis, Indiana at the discretion of the U.S. Parole and Probation Office.

IT IS SO ORDERED.

Date: 10/12/2012

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

**Joseph Martin Cleary**
COLLIGNON AND DIETRICK
jcleary498@aol.com

**William H. Dazey , Jr**
INDIANA FEDERAL COMMUNITY DEFENDERS
bill.dazey@fd.org,judy.poling@fd.org,shirlena_lange@fd.org,sara.varner@fd.org

**Matthew Rinka**
UNITED STATES ATTORNEY'S OFFICE
matthew.rinka@usdoj.gov,usains.ecf-criminal@usdoj.gov,kelly.destjean@usdoj.gov,janet.yang@usdoj.gov